■ JOSEPH MORENG IRON WORKS, INC., v. ARTHUR I. BOYER.—Motion to dismiss appeal denied, with $10 costs. Concur—Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of ELBERT E. SMITTLE against JUSTICES OF COURT OF SPECIAL SESSIONS OF THE CITY OF NEW YORK et al.—Motion for stay of the issuance and/or execution of the warrant of arrest pending the appeal be and the same hereby is granted, on condition that the appellant file with the Clerk of the Court of Special Sessions of the City of New York, New York County, an undertaking in the sum of $1,000, to secure payment of any moneys which may be directed to be paid for support in the paternity proceeding pending in said court, and on the further condition that the appeal is perfected and argued during the January 1960 Term of this court. Concur—Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM HERNANDEZ.—Motion granted insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur—Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ HUSSEIN ADEEB v. AFRICAN TEMPLE, INC.—Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to be argued or submitted when reached. Concur—Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Arbitration between FROMER FOODS, INC. and EDELSTEIN FOODS, INC.—Motion for stay granted on condition that the appellants post a surety company bond in the sum of $10,000, within 10 days after service of a copy of the order entered herein, with notice of entry thereof. Concur—Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL DUNCAN.—Enlargement of time granted. Concur—Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEON SILVER (True Name LEON SELZER).—Enlargement of time granted. Concur—Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SOL STEINHARDT, Alias "RED" STEINHARDT, Alias FRANK STEINHARDT, Alias RED MAGEE.—Enlargement of time granted. Concur—Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

## (December 10, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY BEENE, Appellant.—Judgment of conviction affirmed. Concur—Botein, P. J., Breitel, Rabin and Bergan, JJ.; Stevens, J., dissents in part and votes to dismiss the fourth count of the indictment on the ground of insufficient proof.

■ ALFRED BERTAGNOLL, Respondent-Appellant, v. ANGELO FINA, Appellant, and MICHAEL BALAS, SR., et al., Respondents.—Judgment in favor of the defendants Balas unanimously affirmed, with costs. The judgment against the defendant Fina is unanimously reversed on the ground of excessiveness of